IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* Non-Prisoner Complaint Form

RECEIVED
US DC CLERK, GREENVILLE, SC
2012 NOV -1 P 1:05

[Enter the full name of the plaintiff in this action]

Jacob Baker

v.

[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]

Federal Election Commission
Barack Obama
George W. Bush
Mitt Romney
Virgil Goode
Jill Stein

) Civil Action No.
) _____
) *(to be assigned by Clerk)*

*If allowed by statute, do you wish to have a trial by jury?* Yes ✓  No _____

[If any answer requires additional space, please use additional paper and attach hereto.]

I. **PREVIOUS LAWSUITS**
  A. *Have you begun other lawsuits in state or federal court dealing with the same facts involved in action?*

  Yes ✓  No _____

  B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]* Civil Case

    1. Parties to this previous lawsuit:
       Plaintiff: Jacob Baker
       Defendant(s): Greenville Mental Health Center
    2. Court: United States District Court

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: 6:12-CV-02871-JMC

4. Name(s) of Judge(s) to whom case was assigned: Jacquelyn D Austin

5. Status of Case: Still Pending
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: Oct-4-2012

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes ✓   No ____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Jacob Baker

   Address: 25 Pelham Rd. #124 Greenville S.C. 29615

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Greenville Mental Health Center

   Address: 124 Mallard Street Greenville S.C. 29601

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

   Greenville Police Department S.C.
   Law Enforcement Ctr. 4 McGee St.
   Greenville Police Department S.C.
   206 S. Main St. Greenville S.C.
   Michael A. Baker
   8 Mona Way Greenville S.C. 29611
   U.S. Department of Justice

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

Jacob Baker working on Suiting other People, Company at this time got so much going. on that the one that I'm working that I don't no how I'm going to acporch Suiting them.

III. STATEMENT OF CLAIM - *continued.*

Jacob Baker was Born in the United States American. That, I had never seen people Be assult So Bad. The mental Retard People. Can get away with Commite a crimmer. In not Be Investigation in a law office right away. They have cause me Pain. I had Suffer. now time for the law to do it Job. for People to Help get stop. I want the law up Handle. This was alots of Emotional for me, Run for President on a ~~Predant~~ Protest 2012. That I Couldn't get Emotion out with People they that, things went for me that, I Should Been Come out a winner. I no, I won Either way go. Be I did won when you See on T.V. and when you look at Nov. 7-2012 after the Election my name is not on the Ballot So that People Can vote for me Jacob Baker. Investigtion need to Be Done in a Law Office Right way.

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

Money would be able to repaid me Back for what. I could done my name got hurt look I let the American People. Down that I would get In run. At this time I'm going to Hold off of a any Relief at this Point I did about last night yesterday when got home I syid 5 million Dollar than said two a million might said three. The answer come up with was 4 million.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this __1__ day of __November__, 20__12__.

__Jacob Parker__
Signature of Plaintiff