UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Jacob Baker,                )<br>                                             )<br>              Plaintiff,       )<br>                                             )<br>         v.                         )<br>                                             )<br>Federal Election Commission,       )<br>President Barack Obama, George W Bush,  )<br>Mitt Romney, Virgil Goode, Jill Stein,      )<br>                                             )<br>              Defendants.    )<br>_____) | Civil Action No. 6:12-cv-03154-JMC<br><br><br>**ORDER** |

This matter is before the court for review of the Magistrate Judge's Report and Recommendation ("Report"), [Dkt. No. 13], filed on November 14, 2012, recommending that Plaintiff's Complaint [Dkt. No. 1] in the above-captioned case be dismissed *without* prejudice and without issuance and service of process. Plaintiff brought this action seeking relief pursuant to Title 42 U.S.C. § 1983. The Report sets forth in detail the relevant facts and legal standards on this matter which the court incorporates herein without a recitation.

The Magistrate Judge's Report is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

1

Plaintiff was advised of his right to file objections to the Report and Recommendation [Dkt. No. 13 at 5]. Plaintiff filed timely objections to the Report and Recommendation. [Dkt. No. 18].

Objections to the Report must be specific. Failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). In the absence of specific objections to the Magistrate Judge's Report and Recommendation, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

In reviewing Plaintiff's objections to the Report, the court finds that Plaintiff's objections are non-specific, unrelated to the dispositive portions of the Magistrate Judge's Report, or merely restate his claims. Furthermore, the court finds the Magistrate Judge's Report provides an accurate summary of the facts and correctly states the law in the instant case. Accordingly, this court **ACCEPTS** the Magistrate Judge's Report and Recommendation [Dkt. No. 13]. It is therefore **ORDERED** that Plaintiff's Complaint [Dkt. No. 1] in the above-captioned case is **DISMISSED** *without* prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

January 29, 2013
Greenville, South Carolina